UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **CARY ELLIS MALONE** | **CIVIL ACTION NO. 3:17-1064** |
| **VERSUS** | **SECTION P** |
| | **JUDGE ROBERT G. JAMES** |
| **JAY RUSSELL, ET AL.** | **MAG. JUDGE KAREN L. HAYES** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED THAT** Plaintiff's civil rights claims are **DISMISSED WITH PREJUDICE** as malicious.

**MONROE, LOUISIANA**, this 19th day of December, 2017.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE